[No. 15794-9-I. Division One. November 10, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. JEREMY A. BOX, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84-1-01571-0, William C. Goodloe, J., entered December 4, 1984. *Affirmed* by unpublished opinion per Williams, J., concurred in by Coleman and Grosse, JJ.

[No. 16523-2-I. Division One. November 10, 1986.]

JANICE M. PEARL, *Appellant,* v. B. ANTHONY DVORAK, *Respondent.*

Appeal from a judgment of the Superior Court for Skagit County, No. 81-2-00014-5, Harry A. Follman, J., entered May 17, 1985. *Affirmed* by unpublished opinion per Callow, J. Pro Tem., concurred in by Cone and Revelle, JJ. Pro Tem.

[No. 16084-2-I. Division One. November 10, 1986.]

GARY M. ZIEN, *Respondent,* v. AMERICAN ORTHODONTICS CORP., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82-2-15105-0, Gerard M. Shellan, J., entered January 7, 1985. *Affirmed* by unpublished opinion per Thomas, J. Pro Tem., concurred in by Brachtenbach and Cole, JJ. Pro Tem.